UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 08-30090 |
|---|---|
| GRETCHEN GAYE LONG | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4099958**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 5/ 63 | DAYTON EMERGENCY VET CLINIC<br>% CITY CREDITS COMPANY AGENT<br>3077 KETTERING BLVD SUITE 109<br>MORAINE, OH  45439 | 116.82 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 9/14/2011

Certificate of Service 08-30090

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

GRETCHEN GAYE LONG
251 GLENBURN DRIVE
CENTERVILLE, OH 45459

RICHARD E WEST
195 E CENTRAL AVE
BOX 938
SPRINGBORO, OH 45066

(67.1n)
ARROW FINANCIAL SERVICES LLC
% JEFFERSON CAPITAL SYST LLC
BOX 7999
SAINT CLOUD, MN 56302

(66.1n)
BENEFICIAL OHIO INC
961 WEIGEL DR
ELMHURST, IL 60126

(63.1)
DAYTON EMERGENCY VET CLINIC
% CITY CREDITS COMPANY AGENT
3077 KETTERING BLVD SUITE 109
MORAINE, OH 45439

(65.1n)
JEFFERSON CAPITAL SYSTEMS LLC
BOX 7999
SAINT CLOUD, MN 56302

Jeffrey M. Kellner BY     /s/ Jeffrey M. Kellner     sv